ACCEPTED
02-14-00208-CV
3875653
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 11:30:01 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00208-CV

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 11:30:01 AM
JEFFREY D. KYLE
Clerk

## CANYON LAKE ISLAND PROPERTY OWNERS ASSOCIATION, CYNTHIA M. GRIFFIN, RICHARD A. CONLEY AND BILL LESTER, PLAINTIFFS-APPELLANTS

## V.

## STERLING/SUGGS LIMITED PARTNERSHIP, NEAL E. SUGGS AND NADINE R. SUGGS, DEFENDANTS-APPELLEES

### Interlocutory Appeal from the 207th Judicial District Court Comal County, Texas

### APPELLANTS' ADVISORY TO THE CLERK CONCERNING ORAL ARGUMENT

TO THE HONORABLE JEFFREY B. KYLE, CLERK

Appellants, Canyon Lake Island Property Owners Association, Cynthia M. Griffin, Richard A. Conley and Bill Lester, have received the notice dated January 21, 2015, that the above case has been set for submission and oral argument on February 11, 2015, at 9:00 a.m. Pursuant to that notice, Appellants respectfully advise the Clerk that they do intend to participate in oral argument before the Court.

Respectfully submitted,

ALLEN, STEIN & DURBIN, P.C.
6243 IH-10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
Telephone: (210) 734-7488
Telecopier: (210) 738-8036

TOM L. NEWTON, JR.
State Bar No. 14982300

ASHLEY E. GIORDANO
State Bar No. 24087589

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

This is to certify that on this the __23__ day of January, 2015, a true and correct copy of the foregoing was sent via e-mail to:

Gerald T. Drought
Mathis B. Bishop
Martin & Drought, P.C.
300 Convent Street, 25th Floor
San Antonio, TX 78205
*Via E-mail (gdrought@mdtlaw.com)*
*Via E-mail (mbishop@mdtlaw.com)*

_____
TOM L. NEWTON, JR.

3470136/1267577